NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LEVITON MANUFACTURING CO., INC.,**
*Appellant,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

**FUJIAN HONGAN ELECTRONIC CO., LTD.** AND **ZHEJIANG TRIMONE ELECTRIC SCIENCE & TECHNOLOGY CO., LTD.,**
*Intervenors.*

---

2012-1483

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-739.

------------------------------------------------------------

**FUJIAN HONGAN ELECTRONIC CO., LTD.** AND **ZHEJIANG TRIMONE ELECTRIC SCIENCE & TECHNOLOGY CO., LTD.,**
*Appellants,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

**LEVITON MANUFACTURING CO., INC.,**
*Intervenor.*

---

2012-1493

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-739.

-----------------------------------------------------------------

**HUBBELL INCORPORATED,**
*Appellant,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

**LEVITON MANUFACTURING COMPANY, INC.,**
*Intervenor.*

---

2012-1620

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-739.

---

**ON MOTION**

---

**O R D E R**

Intervenor Leviton Manufacturing Company, Inc. moves to dismiss this appeal for lack of standing. Hubbell Incorporated opposes, arguing it has standing to pursue this appeal. The International Trade Commission supports the motion. The Commission also moves to strike Hubbell's reply to the Commission's response to Leviton's motion to strike, or alternatively for leave to file a sur-reply.

We deem it the better course to deny the motion to dismiss and for the parties to put these jurisdictional arguments in their briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss is denied.

(2) All other motions are moot.

(3) This appeal, along with Appeal Nos. 2012-1483, *Leviton Manufacturing Co. v. ITC*, and 2012-1493, *Fujian Hongan Electric Co. v. ITC*, are designated companion cases for purposes of oral argument, and will be argued consecutively before the same merits panel.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s23